FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                     Page 1 of 3
3:06mj166/MD - TARGET CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                               **Case # 3:06mj166/MD**

**TARGET CORPORATION**

**Defendant's Attorney:**
B. Todd Jones (Retained)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

### JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count One of the Information on July 11, 2006. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 33 U.S.C. §§ 1311(a) and 1319(c)(1)(A) | Negligently Discharging Pollutants and Causing Pollutants to be Discharged into Waters of the United States | October 17, 2003 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
September 25, 2006

_____
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Date Signed: 9-25-2006

OFFICE OF CLERK
U.S. DISTRICT
NORTHERN DIST. FLA.

06 SEP 26  AM 7: 58

FILED

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

### SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $125.00 | $75,000.00 | $0.00 |

### SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$125.00** is imposed. (SMA has been paid.)

### FINE

A fine in the amount of **$75,000.00** is imposed.

No restitution imposed.

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  *Page 3 of 3*
*3:06mj166/MD - TARGET CORPORATION*

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) special monetary assessment; (2) non-federal victim restitution; (3) federal victim restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties Breakdown of fine and other criminal penalties is as follows:

   Fine: $75,000.00   SMA: $125.00   Restitution: $0.00   Cost of Prosecution: $0.00

**The $125.00 monetary assessment shall be paid immediately. The remaining balance shall be paid as follows: not later than October 10, 2006.**

The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n). Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.